# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

> Application granted. Mr. Alveranga and Ms. Taylor-Alveranga's pretrial release is temporarily modified to allow them to travel to North Carolina between June 8, 2023 and June 17, 2023. While this travel is permitted, Mr. Alveranga and Ms. Taylor-Alveranga may only travel if prior to their trip, they provide Pretrial Services with their itinerary and with documentation regarding any hotel bookings.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         May 30, 2023

**VIA ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Errol Alveranga & Dona Taylor-Alveranga, 23-cr-211-1, 2*

Dear Honorable Judge Halpern:

I write to respectfully request that my client, Dona Taylor-Alveranga, and her husband and co-defendant, Errol Alveranga, be permitted to travel as outlined below. Mr. Alveranga's counsel, James Neuman joins in this request.

Ms. Taylor-Alveranga and Mr. Alveranga made their initial appearance on May 11, 2022, before the Honorable Andrew E. Krause and were released on conditions. They have been compliant with their conditions since their release. They made their initial appearance before Your Honor on April 19, 2023. Their granddaughter is graduating from high school next month. They were hoping to travel to Winston-Salem, North Carolina to attend the graduation. Their hope was to leave on June 8, 2023 and return on June 17, 2023.

I have contacted the Government, through Assistant United States Attorney Steven Kochevar, who has no objection to this request. Ms. Taylor-Alveranga and Mr. Alveranga's Pretrial Officer, Shannon Finneran, also has no objection to this request. If the request is granted, she requested that they provide their travel arrangements.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc:   Steven Kochevar, AUSA
      Shannon Finneran, PTO
      James Neuman, Counsel for Errol Alveranga