UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
United States Of America                           :
                                                   :
v.                                                 :     **RESCHEDULING**
                                                   :     **ORDER**
                                                   :
Errol Alveranga and Dona Taylor -                  :     7-23-cr-211 (PMH)
Alveranga,                                         :
                         Defendants.               :
------------------------------------------------------------x

    The Status Conference scheduled for October 2, 2023 at 2:30 p.m. is converted to a Change of Plea Hearing. The proceeding is advanced to 2:00 p.m. that same day in Courtroom 520 at the White Plains Courthouse.

    It is the responsibility of the Government to have the Defendants produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: White Plains, New York
          September 28, 2023

                                                  SO ORDERED:

                                                  Philip M. Halpern
                                                  United States District Judge