# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 142.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 9, 2024

Hon. Philip P. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *United States v Alveranga,* 23 Cr. 211 (PMH)

Your Honor:

    I represent Errol Alveranga in the referenced case and am writing to request that his passport be returned to him.

    When Mr. Alveranga was arrested, he was released on various conditions, one of which was that he turn over his passport. On August 27, 2024, Mr. Alveranga was sentenced to one year of home confinement and a term of supervised release. Pre-trial services requires an Order of this Court in order to release the passport. The government has no objection to this application. I also note that this Court recently granted the same request made on behalf of the co-defendant, who is Mr. Alveranga's wife.

    Accordingly, we request that this Court endorse this letter so that it may serve as an Order to pre-trial services for the return of the passport by the Clerk of the Court.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/
James E. Neuman